IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-mj-032-DRB |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**GOVERNMENT'S MOTION FOR TEMPORARY
DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE**

The United States of America moves to detain temporarily Defendant Crystal Denise Phillips in this case pursuant to 18 U.S.C. 3142(a)(3) and (d).  Currently pending in front of Judge Coody is a petition from the U.S. Probation Office to revoke Phillips's Pretrial Release Supervision.  See United States v. Phillips, Case No. 2:05-cr-268-WHA-CSC (M.D. Ala 2005) (Doc #30).  An initial appearance on the petition is scheduled for 10:00 a.m. tomorrow.  As a result, the Government requests that Phillips be temporarily detained until Judge Coody has had an opportunity to hold a revocation hearing on the Probation Office's revocation petition.  Under Section 3142(d) the Court shall detain Phillips for a period of up to ten days.  See 18 U.S.C. §3142(d); United States v. Moncada-Pelaez, 810 F.2d 1008, 1010 (11th Cir. 1987).

The Government also requests leave of Court to file a supplemental motion with additional grounds should this be necessary.

Respectfully submitted this the 22nd day of March, 2006.

LEURA GARRETT CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280; 334.223.7135 fax
christopher.a.snyder@usdoj.gov