# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** 11/21/05

**DIGITAL RECORDING:** 3:26 - 3:33

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**  DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR268-A-CSC**  DEFT. NAME: **CRYSTAL DENISE PHILLIPS**

USA: **ANDREW SCHIFF**  ATTY: **STEPHEN GLASSROTH**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **RON THWEATT**

Defendant _____ does  ✓ does NOT need an interpreter;

Interpreter present ✓ NO ___ YES  NAME: _____

---

- ✓ Kars. Date of Arrest **11/21/05** or ☐ karsr40
- ✓ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl. Deft. First Appearance with Counsel
- ☐ Requests appointed Counsel ✓ ORAL MOTION for Appointment of Counsel
- ✓ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ✓ 20appt. Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ DETENTION HRG ☐ held; ☐ Set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. ORDER OF DETENTION PENDING TRIAL entered
- ✓ kocondrls. Release order entered. ✓ Deft. advised of conditions of release.
- ✓ kbnd. ✓ BOND EXECUTED (M/D AL charges) $ **25,000**  Deft released (kloc LR)
- ☐ loc.(LC) ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ ko. Bond NOT executed. Deft to remain in Marshal's custody
- ☐ kwvprl. Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ karr. ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of **NOT GUILTY** entered.
  ✓ Trial Term **3/20/06**; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: **11/28/05**
- ☐ Krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ✓ kwvspt Waiver of Speedy Trial Act Rights Executed.