COURTROOM DEPUTY MINUTES         DATE: 03/22/2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:44 – 4:32 pm.

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd     DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06mj32-DRB     DEFT. NAME: Crystal Denise PHILLIPS

USA: Snyder     ATTY: Steve Glassroth

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: Thweatt

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES     NAME: _____

- ☑ kars.    Date of Arrest 3-22-06  or  ☐ karsr40
- ☑ kia    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☑    Requests appointed Counsel  ☑ ORAL MOTION for Appointment of Counsel
- ☑ kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted    ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☑ k20appt.    Panel Attorney Appointed; ☑ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.    Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
        ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- ☑    Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☑    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.    ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
        ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
        DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ kwvspt    Waiver of Speedy Trial Act Rights Executed

Case 2:05-cr-00268-WHA-CSC   Document 6   Filed 03/22/2006   Page 2 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.   CR. NO. 2:06mj32-DRB

CRYSTAL DENISE PHILLIPS

## WITNESS LIST

**GOVERNMENT**

1. Terry Crump
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 

**DEFENDANT**

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17.