IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06MJ32B |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

## ORDER

On March 22, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing – testimony by Terry C. Crump, Special Agent in Charge - Dept. of Homeland Security – the court finds that there is probable cause to believe that an offense has been committed in violation of 18 U.S.C. §641, and that the defendant committed the offense as charged. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against her in this court.

Done this 23rd day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE