**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2006

# NOTICE OF DEFICIENCY

**To:**            Stephen R. Glassroth

**From:**          Kelli Gregg
                   Deputy Clerk

**Case Style:**    United States of America vs. Crystal Denise Phillips

**Case Number:**   2:05cr268-A

**Referenced Pleading:**  Motion to Suppress Statements,  DN 13

**Notice is hereby given that the referenced deficient pleading was filed on January 17, 2006, in the above-styled case. The referenced pleading did not contain a signature.  The listed deficiency must be corrected within 10 days from the date of this notice.**