**COURTROOM DEPUTY MINUTES**            DATE :   **JANUARY 20, 2006**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDED: 1:18 - 1:19**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>       **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR268-WHA-CSC</u>          **DEFENDANT NAME:** <u>CRYSTAL D. PHILLIPS</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. ANDREW SCHIEFF | ATTY. STEPHEN GLASSROTH |

√       **DISCOVERY STATUS: Completed.**

_____

_____

√       **PENDING MOTION STATUS: Motion to Suppress Statements;**

_____

_____

√       **PLEA STATUS:        Possible Plea.**

_____

_____

√  **TRIAL STATUS: Will take 1 day for trial.**

_____

_____

√       **REMARKS: Will set hearing on motion to suppress some time during first week of Feb.**

_____