Office of Inspector General - Investigations
U.S. Department of Homeland Security



**MEMORANDUM OF ACTIVITY**

**Type of Activity:** Personal Interview

| Case Number: | Case Title: | Crystal Phillips |
|---|---|---|

Special Agent's Terry Crump and Jeff Monnin, conducted a non-custodial interview of Crystal Phillips, ▓▓▓▓, 932-C Goodwyn Court, Montgomery, AL, regarding the allegation that she filed a false claim for Federal Emergency Management Agency (FEMA) disaster assistance by claiming she was residing in New Orleans, LA, during Hurricane Katrina. The interview was conducted at the apartment complex management office.

After initially denying any knowledge or involvement regarding the allegation and denying that she received a FEMA check, Phillips related the following:

Phillips admitted that several other females in the apartment complex were talking about getting checks from FEMA. A woman, known to Phillips as "Angie B" told Phillips she would help her get a FEMA check. Phillips knew that Angie B was going to file a FEMA claim using her (Phillips') name. When the FEMA check arrived, she went with Angie B to a local check-cashing store. Angie B signed the name Crystal Phillips on the back of Phillips' check. Angie B had told her that the girl at the check-cashing store had already cashed other FEMA checks for her. When they arrived at the check cashing store, the female who worked there began asking a lot of questions regarding the FEMA checks. She kept their identification and checks and said they would need to investigate the checks. Phillips and Angie B then left the check-cashing store.

Phillips said she did not know Angie B's real name. Phillips did not know the female at the check-cashing store.

Phillips said she only received one check from FEMA. She said that she was unaware that three other FEMA applications were made using her name.

Phillips provided a written statement.

| Name, Title, Signature, and Date: | Reviewing Official Name, Title, Signature, and Date: |
|---|---|
| Terry C. Crump, Senior Special Agent    10/11/05 | Tom Barbee, Associate Special Agent in Charge |

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.