Office of Inspector General - Investigations
U.S. Department of Homeland Security



**SWORN STATEMENT**

Date/Time: October 11, 2005 / 11:55 Am   Location: Montgomery

County of: _____   State of: Alabama

I, Crystal Phillips, hereby make the following free and voluntary sworn statement to Terry Crump and Jeff Moms, who has identified himself/herself to me as a Special Agent with the Office of Inspector General, U.S. Department of Homeland Security. No promises or threats have been made to me.

C.P. Some one name AnngiBe Tolke To me aBout a Cheke In she took me To the Chek cashing Place an Trying to Cash the Chek. The Chek had came. The Chek was Fema Chek. AnngiaBe mad The Fema Chek. I only one Chek. /——C.P.——END————————/

## SWORN STATEMENT

STATEMENT OF: *Crystal Phillips*

I have read this statement of ___2___ pages. It is true, accurate, and complete to the best of my knowledge and belief. I have been given an opportunity to make any corrections, additions, or deletions.

*Crystal Phillips*
(Signature)

Subscribed and sworn (or affirmed) to before me this ___11th___ day of ___October___, ___2005___, at ___Montgomery___, ___Alabama___.
(Month)           (Year)              (City)              (State)

*[signature]*
Special Agent
U.S. Department of Homeland Security
Office of Inspector General
Office of Investigations

*[signature]*
(Witness's Signature)

82