# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/8/06 | AT | 10:00 a.m. to 10:34 a.m. |
| DATE COMPLETED: 2/8/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA     *
                             *
    Plaintiff                *
                             *
VS.                          *   CASE NO.: 2:05CR268-WHA-CSC
                             *
CRYSTAL DENISE PHILLIPS      *
                             *
    Defendant                *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Andrew Schiff | * | Atty. Stephen R. Glassroth |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON     **COURT REPORTER:** MITCHELL REISNER

( X ) OTHER PROCEEDINGS: **SUPPRESSION HEARING**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Suppression hrg. - 2:05cr268-A-CSC ||
| **Date** 2 / 8 /2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:00:09 AM | Court | Court Convenes; |
| 10:00:31 AM | Atty. Schiff | Calls Special Agent Terry Crump; witness is sworn and seated; Discussion of fraud investigation; |
| 10:04:15 AM | Atty. Glassroth | Cross - examination; Discussions of interview with deft; Discussion and review Deft's Exh. #1; Move to admit Deft's Exh. #1; |
| 10:20:31 AM | Court | It's admitted; |
| 10:21:11 AM | Atty. Glassroth | Testimony continues; Discussion and review of Deft's Exh. #2. |
| 10:31:12 AM | Court | Witness is excused; |
| 10:31:17 AM | Atth Schiff | Nothing further from the Govt. |
| 10:31:44 AM | Atty. Glassroth | Nothing further for the deft; |
| 10:31:53 AM | Court | Discussion as to agents purpose and beliefs and clients beliefs and the court's decision; |
| 10:32:26 AM | Atty. Glassroth | Response; to assess the objective circumstances of the situation; |
| 10:32:44 AM | Court | The purpose of agents and the belief of thethat the court must decide?; |
| 10:32:58 AM | Atty. Glassroth | Response; |
| 10:33:11 AM | Court | Discussion as to how agents purpose affect court's decision?; |
| 10:33:28 AM | Atty. Glassroth | Response; |
| 10:33:47 AM | Court | How does the undisclose purpose bear on the question the court must decide?; |
| 10:33:57 AM | Atty. Glassroth | Response; |
| 10:34:37 AM | Court | Resolution of this issue would be dispositive? |
| 10:34:38 AM | Atty. Glassroth | Don't know; |
| 10:34:42 AM | Court | Will take matter under advisement; Court is recessed. |