IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | CASE NO.: 2:05CR268-WHA-CSC |
| | * | |
| CRYSTAL DENISE PHILLIPS | * | |
| | * | |
|     Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                                          **DEFENDANT**

1.   Special Agent Terry Crump                          1.