IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

## **ORDER**

Upon consideration of the motion to file response to the defendant's motion to suppress out of time (doc. # 19) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 13th day of February, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE