IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr268-WHA |
| CRYSTAL DENISE PHILLIPS ) | |

## **ORDER**

This case is before the court on the United States' Motion to Continue Trial (Doc. #27), filed on March 17, 2006. Counsel for the Government has advised the court on this day that the Defendant has no objection to the motion.

The court finds that, for the reason that an additional charge will be presented by the Government to a grand jury session commencing April 4, 2006, and, if a superseding indictment is returned, it would add charges relating to those in the original indictment and would be properly joined with those charges, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing March 27, 2006, and RESET for the term of court commencing June 26, 2006. If at any time the Defendant has a speedy trial objection to this new trial setting, she is DIRECTED to promptly file an appropriate motion, so that the court may consider whether an earlier trial date should be set.

DONE this 20th day of March, 2006.

                                                  /s/ W. Harold Albritton  
                                                  W. HAROLD ALBRITTON  
                                                  SENIOR UNITED STATES DISTRICT JUDGE