# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report
### for Defendant Under Pretrial Release Supervision

**Name of Defendant:** CRYSTAL DENISE PHILLIPS          **Case Number:** 2:05-CR00268-A

**Name of Releasing Judicial Officer:** The Honorable W. Harold Albritton, Senior U.S. District Judge

**Date of Release:** 11/25/05 (U.S. Magistrate Judge Charles S. Coody)

**Original Offense:** Fraud; Aiding and Abetting

**Type of Release:** $25,000 Unsecured Appearance Bond

**Assistant U.S. Attorney:** Andrew O. Schiff          **Defense Attorney:** Stephen R. Glassroth

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition 1: "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On October 11, 2005, Special Agents interviewed Phillips regarding an allegation that she filed a false FEMA claim for disaster assistance. On November 15, 2005, a federal grand jury in Montgomery returned an indictment against Phillips charging one count of mail fraud in connection with the first check in Court Case No. 2:05CR00268-A. On November 21, 2005, defendant was released on an unsecured bond.<br><br>On or about December 12, 2005, as a result of the FEMA claim, dated September 25, 2005, FEMA scheduled a disbursement of $2,000.00. As a result of the scheduled disbursement, a U.S. Treasury check, dated December 13, 2005 (the second check) was mailed to the defendant. On or about December 19, 2005, the second check was negotiated at Wal-Mart in Prattville, Alabama. The back of the check was endorsed with the name Crystal Phillips. A criminal complaint was filed on March 17, 2006, in the Middle District of Alabama, charging defendant with Theft of Public Money. On March 21, 2006, the defendant was arrested by the U.S. Marshal Service. |

**Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:** The defendant was released on bond on November 21, 2005. She abided by the standard conditions of release until December 19, 2005, at which time, she allegedly negotiated a second FEMA check at the Wal-Mart Store in Prattville, Alabama.

**U.S. Probation Officer Recommendation:**

Since the defendant was on pre-trial supervision when she committed similar criminal conduct, it is evident that she cannot reside in the community as a law abiding citizen pending the resolution of her instant offense. Therefore, it is recommended that her bond executed on November 21, 2005, be revoked.

SCANNED
29

[X]   The defendant's release should be
      [X]   revoked and defendant detained.

[ ]   The conditions of release should be modified as follows:

                                                    Respectfully submitted,
                                          by   *Donnelle Thompson*
                                               Donnelle Thompson
                                               U.S. Probation Officer
                                               Date: March 21, 2006

Reviewed and approved: _____
                      Supervisory U.S. Probation Officer

===

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                               _____
                                               Signature of Judicial Officer
                                               March 21, 2006
                                               Date