| COURTROOM DEPUTY MINUTES | DATE: March 23, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:59 a.m. to 10:10 a.m. |

√ INITIAL APPEARANCE
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION
☐

| PRESIDING MAG. JUDGE CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NO.  2:05CR268-WHA-CSC | DEFT. NAME: CRYSTAL DENISE PHILLIPS |
| USA: CHRISTOPHER SNYDER | ATTY: STEPHEN GLASSROTH |
|  | Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; (√) CDO; |
| USPTSO/USPO: DONNELL THOMPSON, STAN ROBINSON | |
| Defendant ____ does √ does NOT need an interpreter; NAME_____ | |

√ Kars.   Date of Arrest  3/22/06   or   ☐ karsr40

√ kia.   Deft. First Appearance. Advised of rights/charges.   √ Pro/Sup Rel Violator

## SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Initial Appearance - 05cr268-A Petition on Pretrial Release Violation ||
| **Date** | 3 /23/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9 :59:58 AM | Court | Court convens; parties present as noted; Discussion as to the complaint filed and the initial appearance held yesterday; |
| 10:00:25 AM | Atty. Glassroth | Response; Had inital appearance and preliminary; |
| 10:00:27 AM | Court | Discussions that the basis of charges in the complaint are identical to basis in the violation petition; Discussion as to questions raised at the preliminary hrg. as to who negotiated check and are trying tosecuring videotape; |
| 10:00:58 AM | Atty. Glassroth | Response; Mr. Crump, case agent, contacted the Prattville Wal-mart re: existence of videotape that would show transaction; A subpoena has been issued to secure tape; |
| 10:02:05 AM | Court | Response - Discussion as to whether to delay revocation hrg until we've gotten videotape; Discussion as to the motion for detention; |
| 10:02:45 AM | Atty. Glassroth | Response - would refer that we not go through with revocation proceedings; Discussion of defts living arranagments - appartment with public housing and the chances of her losing it; Ask the court to consider a combination of conditions; |
| 10:04:14 AM | Court | Question to the factual basis to believe that the deft is the person negoted the check; |
| 10:04:24 AM | Atty. Synder | Response; Discussion as to information listed on check; |
| 10:05:25 AM | Atty. Glassroth | Response regarding signatures on check one; |
| 10:05:59 AM | Court | How long willl it take to get the videotape> |
| 10:06:04 AM | Atty. Glassroth | Response ; |
| 10:06:44 AM | Atty. Synders | Response; |
| 10:06:49 AM | COurt | Advised Atty. Synder to call the Wal-mart manager and inform him that the court suggest that he turn the tape over to the goverment or the USMS will bring him in personally to address the court as to why he has not turned tape over; Advised counsel to report back to court what he saids; |
| 10:07:16 AM | Court | Side bar with PO, Donnell Thompson, Atty. Glassroth, and Atty. Synder; |
| 10:09:43 AM | Court | With consent of the deft, we will continue this proceeding, if suitable living arrangements can be found for the deft having a location where there is a phone, pending any final revocation hrg, the court will order that she be placed on electronic monitoring. Once that's down, the PO should report back to the court and then we can have Ms. Phillips brought back for the execution of those matter; |
| 10:10:21 AM | Court | Court is recesse. |

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{Initial Appearance - 05cr268-A Petition on Pretrial Release Violation} |
| **Date** | 3/23/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9:59:58 AM | Court | Court convens; parties present as noted; Discussion as to the complaint filed and the initial appearance held yesterday; |
| 10:00:25 AM | Atty. Glassroth | Response; Had inital appearance and preliminary; |
| 10:00:27 AM | Court | Discussions that the basis of charges in the complaint are identical to basis in the violation petition; Discussion as to questions raised at the preliminary hrg. as to who negotiated check and are trying tosecuring videotape; |
| 10:00:58 AM | Atty. Glassroth | Response; Mr. Crump, case agent, contacted the Prattville Wal-mart re: existence of videotape that would show transaction; A subpoena has been issued to secure tape; |
| 10:02:05 AM | Court | Response - Discussion as to whether to delay revocation hrg until we've gotten videotape; Discussion as to the motion for detention; |
| 10:02:45 AM | Atty. Glassroth | Response - would refer that we not go through with revocation proceedings; Discussion of defts living arranagments - appartment with public housing and the chances of her losing it; Ask the court to consider a combination of conditions; |
| 10:04:14 AM | Court | Question to the factual basis to believe that the deft is the person negoted the check; |
| 10:04:24 AM | Atty. Synder | Response; Discussion as to information listed on check; |
| 10:05:25 AM | Atty. Glassroth | Response regarding signatures on check one; |
| 10:05:59 AM | Court | How long willl it take to get the videotape? |
| 10:06:04 AM | Atty. Glassroth | Response ; |
| 10:06:44 AM | Atty. Synders | Response; |
| 10:06:49 AM | COurt | Advised Atty. Synder to call the Wal-mart manager and inform him that the court suggest that he turn the tape over to the goverment or the USMS will bring him in personally to address the court as to why he has not turned tape over; Advised counsel to report back to court what he saids; |
| 10:07:16 AM | Court | Side bar with PO, Donnell Thompson, Atty. Glassroth, and Atty. Synder; |
| 10:09:43 AM | Court | With consent of the deft, we will continue this proceeding, if suitable living arrangements can be found for the deft having a location where there is a phone, pending any final revocation hrg, the court will order that she be placed on electronic monitoring. Once that's down, the PO should report back to the court and then we can have Ms. Phillips brought back for the execution of those matter; |
| 10:10:21 AM | Court | Court is recesse. |