IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that initial appearance on the Petition for Revocation of Pretrial Release be and is hereby set for **March 24, 2006, at 9:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 23rd day of March, 2006.

  /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE