| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: March 24, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:05 a.m. to 9:08 a.m. |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ✓ BOND HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR268-WHA-CSC**   DEFT. NAME: **CRYSTAL DENISE PHILLIPS**

USA: **CHRISTOPHER SNYDER**   ATTY: **STEPHEN GLASSROTH**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: **RON THWEATT**

Defendant ____ does ✓ does NOT need an interpreter; NAME _____

( X ) OTHER PROCEEDINGS: **INITIAL APPEARANCE RE: REVOCATION OF PRETRIAL RELEASE**

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Initial Appearance & Bond Hrg - 2:05cr268-WHA-CSC | |
|---|---|---|
| Date | 3/24/2006 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:05:30 AM | Court | Court convenes; parties present as noted above; |
| 9:05:40 AM | Atty. Glassroth | Response to plan re: telephone issue for electronic monitoring; Deft's cousin is here and will take care of paying the bill to get phone restore ; Then we can move on with matters with Mr. Ross; |
| 9:06:34 AM | Court | Is that agreeable with the government? |
| 9:06:36 AM | Atty. Snyder | Yes; |
| 9:06:38 AM | Court | Will enter an order modifying condition of release to provide that she must participate in the home confinement program; Court will inform Judge Boyd of this. This also take care of the issue of detention in the other case; |
| 9:07:29 AM | Atty. Snyder | Yes; |
| 9:07:31 AM | Court | Court will inform Judge Boyd; |
| 9:07:47 AM | Atty. Snyder | Informs the court that the government has tender discovery as to the Wal-Mart videos to defense counse; |
| 9:08:04 AM | Court | This should take care of the revocation proceeing; |
| 9:08:14 AM | Atty. Glassroth | Yes, as long as the court enters the order on the revocation petition modifying the conditions of release; |
| 9:08:18 AM | Court | What about the case before Judge Boyd? |
| 9:08:21 AM | Atty. Gassroth | She's had an inital appearance and preliminary hrg. and now with the parties agreement, everything there is moot; |
| 9:08:35 AM | Court | I will tell her that; Court is recessed. |