UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO. 2:05CR00268-A |
| ) | |
| CRYSTAL DENISE PHILLIPS ) | |

## ORDER TO MODIFY CONDITIONS OF RELEASE

On March 23, 2006, the Court held an initial appearance hearing regarding the petition to revoke pretrial release filed by the probation officer on March 21, 2006. After hearing information regarding the alleged new criminal conduct, it is ORDERED that the terms of release imposed on November 21, 2005, be MODIFIED to include the following:

> The defendant shall participate in the home confinement program (home detention component) and abide by all the requirements of the program which will include electronic monitoring or other location verification systems. The defendant shall pay all or part of the costs of the program based on ability to pay as determined by the supervising probation officer.

All other conditions imposed on November 21, 2005 shall remain in effect.

DONE this 24th day of March, 2006.

Charles S. Coody
Chief U.S. Magistrate Judge