IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA              )

vs.                                    )     CR. NO. 2:05cr268-WHA

CRYSTAL DENISE PHILLIPS                )

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc.

#22), filed on February 13, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that the Defendant's Motion to Suppress is DENIED.

DONE this 29th day of March, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE