**COURTROOM DEPUTY MINUTES**  **DATE:** April 19, 2006
**MIDDLE DISTRICT OF ALABAMA**
**DIGITAL RECORDING:** 10:09 - 10:10

| | |
|---|---|
| ✓ | INITIAL APPEARANCE |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (R.40) |
| ☐ | ARRAIGNMENT |
| ✓ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR268-WHA-CSC**    DEFT. NAME: **CRYSTAL D. PHILLIPS**

USA: ~~ANDREW SCHIFF~~ *Christopher Snyder*    ATTY: **WILLIAM BLANCARD**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO:_____

Defendant ____ does ____ does NOT need an interpreter; NAME_____

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.   ARRAIGNMENT SET FOR:_____ ☑ **HELD**. Plea of **NOT GUILTY** entered.
  ☑ Trial Term 6/26/06 ; ☐ PRETRIAL CONFERENCE DATE: _____
  ☑ DISCOVERY DISCLOSURES DATE: *[illegible]*
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   Waiver of Speedy Trial Act Rights Executed.