IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR.NO. 2:05CR268-A |
| | * |
| CRYSTAL DENISE PHILLIPS | * |

### DEFENDANT PHILLIPS WAIVER OF RIGHT TO SPEEDY TRIAL

Defendant Crystal Denise Phillips hereby sets forth the following as her waiver of her right to a speedy trial, protected under the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161, et seq.:

1. Defendant Crystal Denise Phillips has received an explanation of her right to a speedy trial protected by both the Sixth Amendment to the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and certifies by her signature that he understands those rights. Defendant Phillips believes that it is in her best interest to waive each of those rights, in order that her and her counsel have sufficient time to prepare her defense.

2. Defendant Phillips waives the amount time which she otherwise might or could allege should be counted against the government with respect to his right to speedy trial, both constitutional and statutory, as may be necessary in order for the trial to be conducted at such later time as may be scheduled by the Court.

*Crystal Denise Phillips*
*Crystal Deise Phillips*
Crystal Denise Phillips

Respectfully submitted,
s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Mr. Christopher Snyder

Respectfully submitted,

s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
srg@glassrothlaw.com