IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CR. NO. 2:05-cr-268-WHA |
| CRYSTAL DENISE PHILLIPS | ) | |

### UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Verne H. Speirs, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 19th of June, 2006.

      LEURA GARRETT CANARY
      UNITED STATES ATTORNEY

      /s/ Verne H. Speirs
      VERNE H. SPEIRS
      Assistant United States Attorney
      One Court Square, Suite 201
      Montgomery, AL 36104
      Phone: (334)223-7280
      Fax: (334)223-7135
      E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.         ) | CR. NO. 2:05-cr-268-WHA |
| ) | |
| **CRYSTAL DENISE PHILLIPS** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen Glassroth.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov