IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**RESPONSE TO DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant's Unopposed Motion to Continue Trial as follows:

The United States does not object to the request for a continuance with two caveats. First, the United States requests that the Defendant provide a copy of the evaluation to the United States. Second, depending on the results of that examination, the United States may request to conduct an in-patient evaluation of the Defendant through the United States Bureau of Prisons. Defense counsel has been advised of these two requests and represented that he had no objection to them.

Respectfully submitted this the 19th day of June, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Stephen R. Glassroth.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov