IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr268-WHA |
| CRYSTAL DENISE PHILLIPS ) | |

**ORDER**

This case is before the court on the Defendant's Unopposed Motion to Continue Trial (Doc. #46), filed on June 19, 2006. The Defendant has waived her right to a speedy trial. The Government has filed a response stating that it does not object to the request provided that the Defendant provide a copy of any mental evaluation to the United States, and provided that the United States may request to conduct an inpatient evaluation of the Defendant through the United States Bureau of Prisons, and representing that Defendant has no objection. Therefore, for the reason that additional time is needed for the Defendant to undergo a mental evaluation, and with the two caveats requested by the Government and consented to by the Defendant, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby ORDERED as follows:

1. Trial of this case scheduled for June 26, 2006, is CONTINUED.

2. This case is RESET for the term of court commencing October 24, 2006.

DONE this 20th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE