PS 8
(8/03)

# United States District Court

for

## Middle District of Alabama

**Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision**

RECEIVED
2006 SEP 15 A 10: 28

Name of Defendant: Crystal Denise Phillips    Case Number: 2:05CR268-A

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: November 25, 2005

Original Offense: Fraud; Aiding and Abetting

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact

Assistant U.S. Attorney: Chris Snyder    Defense Attorney: Stephen R. Glassroth

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition # 1: "The Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On September 4, 2006, Phillips was stopped by the Montgomery Police Department for driving violations. While detained by law enforcement, it was determined that the offender had outstanding capias warrants for driving violations, marijuana possession and an assault charge. Phillips was taken into custody and is being held in the Montgomery City Jail on five capias warrants and an Assault charge where she pled not guilty on November 16, 2005, however, failed to appear on April 6, 2006. |
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Phillips left her residence at 3751 Wesley Drive, Apt. F, Montgomery, AL 36111 without permission on September 4, 2006. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Phillips has performed unsatisfactorily while on pretrial supervision. Regarding her being stopped by local law enforcement on September 4, 2006 for driving violations, Phillips has been warned on previous occasions not to operate a vehicle without proper license and/or insurance.

(8/03)

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
[X]  revoked.
[ ]  No action.
[ ]  The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *(signature)*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: September 13, 2006

Reviewed and approved: *(signature)* Sandra B. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*
Signature of Judicial Officer
September 15, 2006
Date