| COURTROOM DEPUTY MINUTES | DATE: **OCTOBER 13, 2006** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **2:02 - 2:08** |

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
|---|---|
| CASE NO. <u>2:05CR268-WHA-CSC</u> | DEFT. NAME: <u>CRYSTAL DENISE PHILLIPS</u> |
| USA: <u>CHRISTOPHE SNYDER</u> | ATTY: <u>STEPHEN P. GLASSROTH</u> |
|  | Type Counsel:  ( ) Retained;  (✓) Panel CJA;  ( ) Waived;  ( ) CDO ; |
| USPTSO/USPO: <u>BERNARD ROSS</u> | |

Defendant ____ does  ✓ does NOT need an interpreter; NAME:_____

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest **9/18/06** | or ☐ Rule 5 Arrest |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. | ✓ **Pretrial Release** / Pro/Sup Rel Violator |
| ☐ Finaff. | Financial Affidavit executed  ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed;  ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing  ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐ Karr. | **ARRAIGNMENT** SET FOR:_____ ☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ☐ Trial Term _____; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ☐ **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | Waiver of Speedy Trial Act Rights Executed. | |

Discussion of Pretrial Release Petition. Bond Revocation hrg. Set for **10/19/06 @ 3:00 p.m.** Deft Remanded.