IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release

is set for **October 19, 2006, at 3:00 p.m.**, before Chief United States Magistrate Judge

Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and

United States Courthouse Complex, Montgomery, Alabama.

Pending  this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Done this 16th day of October, 2006.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE