IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER**

For the reasons stated at the detention hearing conducted on 19 October 2006, it is

ORDERED that the petition to revoke the defendant's term of supervision is DENIED as moot.

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE