IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-268-WHA |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Superseding Indictment as to Crystal Denise Phillips, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 23rd  day of October, 2006.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE


DISMISSAL OF SUPERSEDING INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Superseding Indictment heretofore filed in the above styled cause as to Crystal Denise Phillips.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
christopher.a.snyder@usdoj.gov