IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO.  2:05-cr-268-WHA |
| | ) |
| CRYSTAL DENISE PHILLIPS | ) |

## O R D E R

    Upon consideration of the Motion for Leave to Dismiss the Original Indictment as to Crystal Denise Phillips, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said motion be and the same is hereby granted.

    **DONE** this ____ day of May, 2007.

                                                **UNITED STATES DISTRICT JUDGE**

## DISMISSAL OF ORIGINAL INDICTMENT

    Comes now the United States of America with leave of the Court first had and obtained and dismisses the Original Indictment heretofore filed in the above styled cause as to Crystal Denise Phillips.

                                              Respectfully submitted,

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              One Court Street
                                              Montgomery, Alabama 36104
                                              Phone: (334) 223-7280
                                              FAX: (334) 223-7135
                                              christopher.a.snyder@usdoj.gov